IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED
MAR 21 2019
Clerk, U.S District Court
District Of Montana
Great Falls

ROSE MARIE BUTTERFLY,

Plaintiff,

vs.

BENEFIS HEALTH SYSTEM, et al.,

Defendants.

CV-18-96-GF-BMM-JTJ

ORDER

The Court issued an Order on February 20, 2019, directing Plaintiff Rose Butterfly (Butterfly) to file proof on or before March 20, 2019, that she had served the Defendants with process, or in the alternate, show cause why this case should not be dismissed for failure to prosecute. (Doc. 13). Butterfly responded to the Court's Order by filing a motion entitled "Unopposed Motion to Dismiss." (Doc. 14). Butterfly states in her motion that she wishes to file a Second Amended Complaint that includes a claim for retaliation. (Doc. 14 at 2-3).

The Court has construed Butterfly's motion to dismiss as a motion for leave to file a Second Amended Complaint. The Court will allow Butterfly to file a Second Amended Complaint.

Accordingly, IT IS ORDERED:

1. Butterfly's Motion for Leave to File a Second Amended Complaint

(Doc. 14) is GRANTED.

2. The clerk is directed to file the Complaint that Butterfly submitted with her motion. The clerk is directed to issue the six Summons that Butterfly submitted with her motion.

3. Butterfly must serve each Defendant with a Summons and a copy of her Second Amended Complaint. Butterfly must serve each Defendant within 90 days after the Second Amended Complaint is filed. Fed. R. Civ. P. 4(m).

DATED this 22nd day of March, 2019.

/s/ John Johnston
John Johnston
United States Magistrate Judge