IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROSE MARIE BUTTERFLY and JOY LYNN VALLES,<br><br>  Plaintiffs,<br><br>  v.<br><br>BENEFIS HEALTH SYSTEM, KATHIE AVIS, PAMELA BLACKWELL, CASEY BUCKINGHAM, and LISA WATSON-WHITFORD,<br><br>  Defendants. | Cause No. CV-18-96-GF-BMM-JTJ<br><br>**ORDER DISMISSING PLAINTIFF JOY LYNN VALLES' CLAIMS WITHOUT PREJUDICE** |

Before the Court is Benefis Defendants' Motion to Dismiss Plaintiff Joy Lynn Valles' Claims for Lack of Subject Matter Jurisdiction (Doc. 61) and Plaintiffs' Answer Brief Consenting to Dismissal of Joy Valle [sic] Without Prejudice (Doc. 63). The Court, having reviewed Benefis Defendants' Motion and Plaintiffs' consent to dismissal without prejudice, for good cause appearing:

1

**IT IS HEREBY ORDERED** that Benefis Defendants' Motion is **GRANTED** and Plaintiff Joy Lynn Valles' claims are **DISMISSED WITHOUT PREJUDICE** and Plaintiff Joy Lynn Valles is **DISMISSED** as a Plaintiff from this action.

DATED this __6th__ day of September, 2022.

Brian Morris, Chief District Judge
United States District Court