**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

_____

ROSE MARIE BUTTERFLY

    Plaintiff,

v.

BENEFIS HEALTH SYSTEM, et al,

    Defendants.

Case No. CV-18-96-GF-BMM-JTJ

**ORDER**

    Comes now the plaintiff, Rose Butterfly, filing pro se, hereby submits this Motion to Extend Time to Disclose Damages Experts for both the plaintiff and defendants, forward 30 days. The Motion is not intended to cause delay, instead it is due to the plaintiff's newly diagnosed disease, from, a disease with no cure. The daily on-going symptoms disrupt her mental and physical well-being. Now additional symptoms have caused the plaintiff to see more specialist. The

- 1 -

defendants have objected to the changes to be made to the New Scheduling Order.

**It is Ordered:**

1. Plaintiff's Motion to Extend Time to Disclose the plaintiffs and defendants Experts, forward 30- days, should be **GRANTED:**
2. All parties shall disclose liability experts on or before: February 27, 2023.
3. Plaintiffs shall disclose damages experts (with Rule 26(a)(2) reports) on or before: March 27, 2023.
4. Defendant shall disclose damages experts (with Rule 26(a)(2) reports) on or before: April 27, 2023.
5. All parties shall disclose rebuttal experts on or before: May 27, 2023.

Dated this 27th day of February 2023.

_____
Brian Morris, Chief District Judge
United States District Court