**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| ROSE MARIE BUTTERFLY<br><br>       Plaintiff,<br><br>v.<br><br>BENEFIS HEALTH SYSTEM, et al,<br><br>       Defendants. | Case No. CV-18-96-GF-BMM<br><br><br>**ORDER** |

UPON Plaintiff's Motion to Extend Time to File Opposition (Doc. 88) and Unopposed Motion to Withdraw to Extend Time to File Opposition (Doc. 89) and with good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw to Extend Time to File Opposition, (Doc. 89) is GRANTED.  Plaintiff's Motion to Extend Time to File Opposition (Doc. 88) is MOOT.

DATED this 14th day of June, 2023.

Brian Morris, Chief District Judge
United States District Court