UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSE MARIE BUTTERFLY,<br><br>      Plaintiff - Appellant,<br><br>and<br><br>JOY LYNN VALLES,<br><br>      Plaintiff,<br><br> v.<br><br>BENEFITS HEALTH SYSTEM; et al.,<br><br>      Defendants - Appellees. | No. 24-4348<br><br>D.C. No.<br>4:18-cv-00096-BMM<br>District of Montana,<br>Great Falls<br><br>ORDER |

Before: SCHROEDER, M. SMITH, and HURWITZ, Circuit Judges.

Appeal No. 24-4348 challenges the same January 6, 2020 order and judgment challenged in closed appeal No. 20-35257. Appeal No. 20-35257 vacated the January 6, 2020 judgment and remanded this matter to the district court, where it remains pending. A jury trial is scheduled for January 14, 2025. This appeal No. 24-4348 does not challenge any new orders of the district court that are final or appealable. *See* 28 U.S.C. § 1291. Consequently, this appeal is dismissed as duplicative of closed appeal No. 20-35257 and for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**