| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 25 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ROSE MARIE BUTTERFLY,

    Plaintiff - Appellant,

and

JOY LYNN VALLES,

    Plaintiff,

 v.

BENEFITS HEALTH SYSTEM; et al.,

    Defendants - Appellees.

No. 24-4348

D.C. No. 4:18-cv-00096-BMM

District of Montana, Great Falls

MANDATE

The judgment of this Court, entered September 03, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT