IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROSE MARIE BUTTERFLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENEFIS HEALTH SYSTEM, KATHIE AVIS, PAMELA BLACKWELL, CASEY BUCKINGHAM, AND LISA WATSON-WHITFORD,<br><br>　　　　Defendants. | Cause No. CV-18-96-GF-BMM<br><br>**ORDER** |

Upon Plaintiff's Motion for Excusable Neglect, (Doc. 153.) IT IS HEREBY ORDERED the Plaintiff's motion is GRANTED. Plaintiff has up to and including November 15, 2024 to file her motions in limine.

DATED this 7th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court