IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROSE MARIE BUTTERFLY,<br><br>Plaintiff,<br><br>v.<br><br>BENEFIS HEALTH SYSTEM, KATHIE AVIS, PAMELA BLACKWELL, CASEY BUCKINGHAM, AND LISA WATSON-WHITFORD,<br><br>Defendants. | Cause No. CV-18-96-GF-BMM-JTJ<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Upon the Stipulation for Dismissal with Prejudice, (Doc. 178) and with good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice. Each party shall bear it's own fees and costs.

**DATED** this 13th day of October, 2026.

Brian Morris

Brian Morris, Chief District Judge
United States District Courts